U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN -2 PM 2:45

BY _____
CLERK
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

MATTHEW RAYMOND MONGEON,

        Plaintiff,

v.

KPH HEALTHCARE SERVICES, INC. d/b/a
KINNEY DRUGS,

        Defendant.

Civ. Act. No. 2:21-cv-195-CR

## STIPULATED ORDER TO EXTEND DISCOVERY SCHEDULE

The parties consent and ask the Court to approve the following amendments to the prior Stipulated Order setting a discovery schedule (ECF 75):

| Discovery task | Current Deadline | Revised Deadline |
| --- | --- | --- |
| Non-expert depositions | January 3, 2025 | March 4, 2025 |
| Plaintiff expert reports | February 3, 2025 | April 4, 2025 |
| Deposition of Plaintiff's experts | April 7, 2025 | June 6, 2025 |
| Defendant expert reports | March 5, 2025 | May 5, 2025 |
| Deposition of Defendants' experts | April 7, 2025 | June 6, 2025 |
| All discovery to be completed by | January 3, 2025 | March 4, 2025 |
| Summary judgment motion deadline | April 7, 2025 | June 6, 2025 |
| Trial Ready | April 30, 2025 | June 30, 2025 |

1

4907-8301-2363, v. 1

Dated: December 30, 2024

| | |
|---|---|
| **HANCOCK ESTABROOK, LLP** | **FRANCIS MAILMAN SOUMILAS, P.C.** |
| By: *s/ James P. Youngs*<br>James P. Youngs, Esq.<br>1800 AXA Tower I<br>100 Madison St.<br>Syracuse, NY 13202<br>Tel: (315) 565-4558<br>*jyoungs@hancocklaw.com* | By: *s/ Joseph L. Gentilcore*<br>Joseph Gentilcore, Esq.<br>1600 Market St. Suite 2510<br>Philadelphia, PA 19103<br>Tel: (877) 735-8600<br>*jgentilcore@consumerlawfirm.com* |
| *Counsel for Defendant* | *Counsel for Plaintiff* |

SO ORDERED:

_____
Hon. Christina Reiss
U.S. District Judge

2

4907-8301-2363, v. 1